1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| William Ryan Key, Peter Michael Mosely, Longineu Warren Parsons, and Sean Michael Wellman-Mackin, | CASE NO. 2:19-cv-09034-CBM-KSx |
|---|---|
| | Honorable Consuelo B. Marshall |
| Plaintiffs, | **ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT [15]** |
| v. | |
| Jarad A. Higgins p/k/a Juice WRLD, Danny Lee Snodgrass Jr. p/k/a Taz Taylor, Nicholas Mira, BMG Rights Management (US) LLC d/b/a BMG Platinum Songs (US), Taz Taylor Beats, LLC, Artist 101 Publishing Group, Nick Mira Publishing, Electric Feel Music, Kobalt Music Services America, Inc., Songs of Universal, Inc., Grade A Productions, LLC, and Interscope Records, | Complaint Served: Nov. 18, 2019<br>Current Response Date: Dec. 12, 2019<br>New Response Date: Feb. 4, 2020 |
| Defendants. | |

Mitchell Silberberg & Knupp LLP

11748287.1

1

The Court, having considered the Stipulation To Extend Time to Respond to the Complaint entered into by and between Plaintiffs William Ryan Key, Peter Michael Mosely, Longineu Warren Parsons, and Sean Michael Wellman-Mackin and Defendants Danny Lee Snodgrass Jr. p/k/a Taz Taylor, Taz Taylor Beats, LLC, Artist Publishing Group LLC (sued as "Artist 101 Publishing Group"), and Kobalt Music Services America, Inc., through their respective counsel of record, and the Court having approved of the Stipulation for good cause shown,

**IT IS HEREBY ORDERED:**

The time for Defendants Danny Lee Snodgrass Jr. p/k/a Taz Taylor, Taz Taylor Beats, LLC, Artist Publishing Group LLC (sued as "Artist 101 Publishing Group"), and Kobalt Music Services America, Inc. to answer, move against, or otherwise respond to the Complaint is extended until February 4, 2020.

Dated: December 13, 2019

Honorable Consuelo B. Marshall
UNITED STATES DISTRICT JUDGE

Mitchell Silberberg & Knupp LLP

2

11748287.1