NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Sandra A. Crawshaw-Sparks (SBN 291101)
scrawshaw@proskauer.com
PROSKAUER ROSE LLP
2029 Century Park East, Suite 2400
Los Angeles, Californai 90067
Telephone: 310.557.2700
Facsimile: 310.557.2193

ATTORNEY(S) FOR: BMG Rights Management (US) LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

William Ryan Key, et al.

Plaintiff(s),

v.

arad A. Higgins p/k/a Juice WRLD, et al.

Defendant(s)

CASE NUMBER:

2:19-cv-09034-CBM-KS

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)**

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for ___BMG Rights Management (US) LLC___
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| William Ryan Key | Plaintiff |
| Peter Michael Mosely | Plaintiff |
| Longineu Warren Parsons | Plaintiff |
| Sean Michael Wellman-Mackin | Plaintiff |
| BMG Rights Management (US) LLC | Defendant |
| Bertelsmann, Inc. | Parent company of BMG Rights Management (US) LLC |

January 13, 2020
Date

/s/ Sandra A. Crawshaw-Sparks
Signature

Attorney of record for (or name of party appearing in pro per):

Sandra A. Crawshaw-Sparks