UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| William Ryan Key, Peter Michael Mosely, Longineu Warren Parsons, and Sean Michael Wellman-Mackin,<br><br>Plaintiffs,<br><br>v.<br><br>Jarad A. Higgins p/k/a Juice WRLD, Danny Lee Snodgrass Jr. p/k/a Taz Taylor, Nicholas Mira, BMG Rights Management (US) LLC d/b/a BMG Platinum Songs (US), Taz Taylor Beats, LLC, Artist 101 Publishing Group, Nick Mira Publishing, Electric Feel Music, Kobalt Music Services America, Inc., Songs of Universal, Inc., Grade A Productions, LLC, and Interscope Records,<br><br>Defendants. | CASE NO. 2:19-cv-09034-CBM-KS<br><br>Honorable Consuelo B. Marshall<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT [26]**<br><br>Complaint Served: Nov. 18, 2019<br>Current Response Date: Jan. 13, 2020<br>New Response Date: Feb. 4, 2020 |

Mitchell Silberberg & Knupp LLP

11758735.1

The Court, having considered the Stipulation To Extend Time to Respond to the Complaint entered into by and between Plaintiffs William Ryan Key, Peter Michael Mosely, Longineu Warren Parsons, and Sean Michael Wellman-Mackin and Defendants Nicholas Mira, Nick Mira Publishing, and Electric Feel Music, through their respective counsel of record, and the Court having approved of the Stipulation for good cause shown,

**IT IS HEREBY ORDERED:**

The time for Defendants Nicholas Mira, Nick Mira Publishing, and Electric Feel Music to answer, move against, or otherwise respond to the Complaint is extended until February 4, 2020.

Dated: JANUARY 15, 2020

_____
Honorable Consuelo B. Marshall

Mitchell Silberberg & Knupp LLP

11758735.1