MARK C. HUMPHREY (SBN 291718), mxh@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067-3120
Telephone:  (310) 312-2000
Facsimile:   (310) 312-3100

Attorneys for Defendants Grade A Productions LLC, Danny Lee Snodgrass Jr. p/k/a Taz Taylor, Taz Taylor Beats, LLC, Artist Publishing Group LLC, Kobalt Music Services America, Inc., Nicholas Mira, Nick Mira Publishing, Electric Feel Music, Songs of Universal, Inc., and Interscope Records, a division of UMG Recordings, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| William Ryan Key, Peter Michael Mosely, Longineu Warren Parsons, and Sean Michael Wellman-Mackin,<br><br>    Plaintiffs,<br><br>    v.<br><br>Jarad A. Higgins p/k/a Juice WRLD, Danny Lee Snodgrass Jr. p/k/a Taz Taylor, Nicholas Mira, BMG Rights Management (US) LLC d/b/a BMG Platinum Songs (US), Taz Taylor Beats, LLC, Artist 101 Publishing Group, Nick Mira Publishing, Electric Feel Music, Kobalt Music Services America, Inc., Songs of Universal, Inc., Grade A Productions, LLC, and Interscope Records,<br><br>    Defendants. | CASE NO. 2:19-cv-09034-CBM-KS<br><br>Honorable Consuelo B. Marshall<br><br>**STATEMENT OF FACT OF DEATH**<br><br>Filed:   October 19, 2019<br>Trial:   n/a |

# STATEMENT OF FACT OF DEATH

Defendants Grade A Productions LLC, Danny Lee Snodgrass Jr. p/k/a Taz Taylor, Taz Taylor Beats, LLC, Artist Publishing Group LLC, Kobalt Music Services America, Inc., Nicholas Mira, Nick Mira Publishing, Electric Feel Music, Songs of Universal, Inc., and Interscope Records, a division of UMG Recordings, Inc., note upon the record the death of Defendant Jarad A. Higgins p/k/a Juice WRLD, pursuant to Federal Rule of Civil Procedure 25(a)(1), during the pendency of this action.

DATED: January 29, 2020

MARK C. HUMPHREY
MITCHELL SILBERBERG & KNUPP LLP

By: /s/ Mark C. Humphrey
Mark C. Humphrey
Attorneys for Defendants Grade A Productions LLC; Danny Lee Snodgrass Jr. p/k/a Taz Taylor, Taz Taylor Beats, LLC, Artist Publishing Group LLC, Kobalt Music Services America, Inc., Nicholas Mira, Nick Mira Publishing, Electric Feel Music, Songs of Universal, Inc., and Interscope Records, a division of UMG Recordings, Inc.