UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 19-9034-CBM-(KSx) | Date | January 31, 2020 |
| Title | Key et al. v. Higgins p/k/a Juice WRLD et al. | | |

Present: The Honorable   CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:**     **IN CHAMBERS- ORDER RE: STATEMENT OF FACT OF DEATH**

The matter before the Court is the Statement of Fact of Death of Defendant Jarad A. Higgins p/k/a Juice WRLD ("Higgins") filed by Defendants. (Dkt. No. 31.)

The parties shall notify the Court, in writing, **no later than February 10, 2020**, whether "substitution of the proper party" is necessary in light of the death of Defendant Higgins or whether the action shall proceed "only . . . against the remaining parties" pursuant to Federal Rule of Civil Procedure 25(a).

**IT IS SO ORDERED.**