UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| William Ryan Key, Peter Michael Mosely, Longineu Warren Parsons, and Sean Michael Wellman-Mackin, <br><br> Plaintiffs, <br><br> v. <br><br> Jarad A. Higgins p/k/a Juice WRLD, Danny Lee Snodgrass Jr. p/k/a Taz Taylor, Nicholas Mira, BMG Rights Management (US) LLC d/b/a BMG Platinum Songs (US), Taz Taylor Beats, LLC, Artist 101 Publishing Group, Nick Mira Publishing, Electric Feel Music, Kobalt Music Services America, Inc., Songs of Universal, Inc., Grade A Productions, LLC, and Interscope Records, <br><br> Defendants. | CASE NO.  2:19-cv-09034-CBM-KSx <br><br> Honorable Consuelo B. Marshall <br><br> **ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT [32]** <br><br> Complaint Served:    Nov. 18, 2019 <br> Current Response Date: Feb. 4, 2020 <br> New Response Date:    March 3, 2020 |

Mitchell Silberberg & Knupp LLP

11856449.1

1

1    The Court, having considered the Stipulation To Extend Time to Respond to
2 the Complaint entered into by and between Plaintiffs William Ryan Key, Peter
3 Michael Mosely, Longineu Warren Parsons, and Sean Michael Wellman-Mackin
4 and Defendants Grade A Productions LLC, Danny Lee Snodgrass Jr. p/k/a Taz
5 Taylor, Taz Taylor Beats, LLC, Artist Publishing Group LLC, Kobalt Music
6 Services America, Inc., Nicholas Mira, Nick Mira Publishing, Electric Feel Music,
7 Songs of Universal, Inc., and Interscope Records, a division of UMG Recordings,
8 Inc., through their respective counsel of record, and the Court having approved of
9 the Stipulation for good cause shown,

11   **IT IS HEREBY ORDERED:**

13   The time for Defendants Jarad A. Higgins p/k/a Juice WRLD, Grade A
14 Productions LLC, Danny Lee Snodgrass Jr. p/k/a Taz Taylor, Taz Taylor Beats,
15 LLC, Artist Publishing Group LLC, Kobalt Music Services America, Inc.,
16 Nicholas Mira, Nick Mira Publishing, Electric Feel Music, Songs of Universal,
17 Inc., Interscope Records, a division of UMG Recordings, Inc., and BMG Rights
18 Management (US) LLC d/b/a BMG Platinum Songs (US) to answer, move against,
19 or otherwise respond to the Complaint is extended until March 3, 2020.

21   Dated: February 4, 2020

   _____
   Honorable Consuelo B. Marshall
   UNITED STATES DISTRICT JUDGE

Mitchell
Silberberg &
Knupp LLP

11856449.1