UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | 19-9034-CBM-(KSx) | Date | February 11, 2020 |
|---|---|---|---|

| Title | *Key et al. v. Higgins p/k/a Juice WRLD et al.* |
|---|---|

Present: The Honorable   CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| NONE PRESENT | NONE PRESENT |

Proceedings:        **IN CHAMBERS- ORDER RE: RESPONSES TO COURT'S ORDER RE STATEMENT OF FACT OF DEATH**

On January 29, 2020, Defendants filed a Statement of Fact of Death of Defendant Jarad A. Higgins p/k/a Juice WRLD ("Higgins"). (Dkt. No. 31.) On January 31, 2020, the parties were ordered to notify the Court whether "substitution of the proper party" is necessary in light of the death of Defendant Higgins or whether the action shall proceed "only . . . against the remaining parties" pursuant to Federal Rule of Civil Procedure 25(a) (the "Order"). (Dkt. No. 34.) The Court has reviewed the parties' responses to the Order. (Dkt. Nos. 36, 37.)

This action is **STAYED** pending the appointment of a representative for the estate of Defendant Higgins by the probate court. The parties shall file a status report re: the probate proceedings **no later than April 13, 2020**.

**IT IS SO ORDERED.**